IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. GARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1844 |
| | : | |
| PENNSYLVANIA HUMAN RELATIONS COMMISSION, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 20th day of March, 2012, it is ORDERED Defendants United States Equal Employment Opportunity Commission (EEOC) and EEOC District Director Marie M. Tomasso's Motion to Dismiss All Claims (Document 38) is GRANTED. Plaintiff Robert L. Gary's Amended Complaint is DISMISSED with prejudice as to those Defendants.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez,  J.